| DATE: | 12/3/2021 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | L. Garcia |
| BEGIN/END: | 11:06 – 11:24 |
| TOTAL TIME: | 9 minutes |

CASE NUMBER 4:12-CR-00019-SDJ

USA v. Jose Maria Guizar-Valencia

William Tatum
AUSA

Sergio San_____
Defense Attorney

**FILED**
DEC 03 2021
Clerk, U.S. District Court
Texas Eastern

☒ CHANGE OF PLEA
☐ CHANGE OF PLEA without Plea Agreement
☐ INITIAL APPEARANCE AND PLEA TO INFORMATION
☐ WAIVER OF INDICTMENT SIGNED

☐ CASE CALLED    ☒ DEFENDANT SWORN    ☒ INTERPRETER REQUIRED

### CHANGE OF PLEA

☒ Defendant appeared with counsel and signed Consent to Administration of Guilty Plea.
☐ Defendant signed Consent to Proceed before Magistrate Judge in a Misdemeanor case.
☒ Defendant acknowledged satisfaction with representation of counsel
☒ Defendant waived reading indictment/information.
☒ AUSA stated essential elements ☒ Defendant acknowledged understanding and committing the essential elements.
☒ Reviewed Plea agreement with defendant.   ☒ Defendant advised of Constitutional rights.
☒ Court ☐ AUSA stated range of penalty.
☒ Reviewed ☒ Factual Basis ☐ Statement of Facts
☒ Defendant advised of rights regarding plea of guilty and right to appeal.
☒ AUSA and Defendant acknowledged factual basis has been established.
☒ Defendant entered plea of guilty to _____Count 1 of 2nd SS Indictment_____.
☒ Consent, Plea Agreement (under seal), Factual Basis, and Addendum (under seal) entered into the record.
☒ Court will recommend district court accept plea of guilty.
☒ Court finds plea is voluntary, knowledgeable and has a basis in fact.
☒ Defendant remanded to custody of U.S. Marshal.
☐ Defendant to remain on Conditions of Release.